IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN B. JAMES,<br><br>    Plaintiff,<br><br>v.<br><br>CLERK SCOTT L. POFF, United States District Court, Southern District of Georgia; CRAIG BANIELLE, Attorney; and UNITED STATES DISTRICT COURT, Southern District of Georgia, Savannah Division;<br><br>    Defendants. | CASE NO. CV419-239 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Defendant's motion to proceed in forma pauperis (Doc. 2) is **DISMISSED AS MOOT** and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA